(See Next Page)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JUAN GUTIERREZ, JOHN CHRISTIANSEN, ROBERT COLEMAN, MARTIN ANDERSON, JR., and STEVEN HOWARD, individually and on behalf of all similarly situated current and former employees, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED-INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO<br><br>Plaintiffs,<br><br>v.<br><br>EVANS DEDICATED SYSTEMS, INC., THOMAS FORREST, WILLIAM H. CULBERTSON, STEPHEN R. MELEEN, ROBERT FORREST, ADVANCED FUEL DELIVERY, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:17-cv-01459-AG (DFMx)<br><br>Hon. Andrew J. Guilford<br><br>**ORDER FOR PROTECTIVE ORDER** |

1   JAY SMITH (CA Bar No. 166105)
(Email: js@gslaw.org)
2   JOSHUA YOUNG (CA Bar No. 232995)
(Email: jyoung@gslaw.org)
3   MICHAEL D. WEINER (CA Bar No. 240155)
(Email: mweiner@gslaw.org)
4   RYAN SPILLERS (CA Bar No. 240335)
(Email: rspillers@gslaw.org)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Fax: (323) 937-9139

*Attorneys for Plaintiffs Juan Gutierrez, John Christiansen, Robert Coleman, Martin Anderson, Jr., Steven Howard, and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied-Industrial and Service Workers International Union, AFL-CIO*

DANIEL LEIBOWITZ, ESQ. (CA Bar No. 258466)
(Email: dleibowitz@hiddenvilla.com)
310 N. Harbor Blvd., Suite 205
Fullerton, California 92832
Telephone: (800) 326-3220, ext. 2238
Fax: (714) 278-6218

*Attorney for Defendant Advanced Fuel Delivery, LLC*

BENJAMIN BERGER (CA Bar No. 220394)
(Email: bb@bergerharrison.com)
BERGER • HARRISON, APC
114 Pacifica, Suite 470
Irvine, California 92618
Telephone: (949) 548-1700
Fax: (949) 548-1001

*Attorneys for Defendant Stephen R. Meleen*

THOMAS J. BORCHARD, ESQ. (CA Bar No. 104008)
(Email: tborchard@borchardlaw.com)
AUSTIN T. BORCHARD, ESQ. (CA Bar No. 311297)
(Email: aborchard@borchardlaw.com)
**BORCHARD & CALLAHAN, APC**
25909 Pala, Suite 300
Mission Viejo, California 92691
Telephone: (949) 457-9505
Fax: (949) 457-1666

*Attorneys for Defendant William H. Culbertson*

# **ORDER**

The parties have submitted a stipulation, through their respective counsel, for the entry of the attached Standing Protective Order. The parties anticipate that discovery will involve production or disclosure of employee medical records and possibly other sensitive information, and all parties wish to preserve the confidentiality of that information.

THEREFORE, good cause appearing, the request is approved and the Standing Protective Order lodged concurrently herewith is hereby entered as of the date of this Order.

IT IS SO ORDERED.

DATED: May 21, 2018            By: _____
                                  Honorable Douglas F. McCormick
                                  United States Magistrate Judge