JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JUAN GUTIERREZ, JOHN CHRISTIANSEN, ROBERT COLEMAN, MARTIN ANDERSON, JR., and STEVEN HOWARD, individually and on behalf of all similarly situated current and former employees, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED-INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO<br><br>                Plaintiffs,<br><br>  v.<br><br>EVANS DEDICATED SYSTEMS, INC., THOMAS FORREST, WILLIAM H. CULBERTSON, STEPHEN R. MELEEN, ROBERT FORREST, ADVANCED FUEL DELIVERY LLC, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 8:17-cv-01459-AG (DFMx)<br><br>Hon. Andrew J. Guilford<br><br>**ORDER DISMISSING ACTION** |

## ORDER

All parties who have appeared in this action have, through their respective counsel, stipulated to dismiss the action in its entirety.

THEREFORE, good cause appearing, the action against the following Defendants is dismissed WITH PREJUDICE:

- William H. Culbertson;
- Stephen R. Meleen; and
- Advanced Fuel Delivery, LLC.

The action against the following Defendants is dismissed WITHOUT PREJUDICE:

- Evans Dedicated Systems, Inc.;
- Thomas Forrest;
- Robert Forrest; and
- All other Defendants.

Dated: September 13, 2018   By: _____
The Honorable Andrew J. Guilford
United States District Judge